# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 18-27044 | Trustee Name: | (330470) Richard J. Mason |
| --- | --- | --- | --- |
| Case Name: | MCGEE, JILL | Date Filed (f) or Converted (c): | 09/26/2018 (f) |
| | | § 341(a) Meeting Date: | 10/23/2018 |
| For Period Ending: | 03/31/2021 | Claims Bar Date: | 06/21/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1660 N LaSalle Dr, #2702, Chicago, IL 60614 | 419,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2012 Audi A5 | 12,500.00 | 10,100.00 | | 0.00 | FA |
| 3 | Household furniture purchased in 2005 one bedroom set, living roomdining room set, kitchenware | 500.00 | 500.00 | | 0.00 | FA |
| 4 | Laptop, desktop computer, blu-ray player | 500.00 | 500.00 | | 0.00 | FA |
| 5 | CDs, lithograph | 500.00 | 500.00 | | 0.00 | FA |
| 6 | Electric piano, acoustic guitar | 200.00 | 200.00 | | 0.00 | FA |
| 7 | Rollerblades | 5.00 | 5.00 | | 0.00 | FA |
| 8 | Necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 9 | David Yurman wedding ring, 15-year old watch | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | Cash | 150.00 | 150.00 | | 0.00 | FA |
| 11 | Checking Alliant Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Savings Alliant Credit Union | 5.00 | 5.00 | | 0.00 | FA |
| 13 | Checking Wintrust | 8.36 | 8.36 | | 0.00 | FA |
| 14* | Epiphany Strategy Group LLC, EIN 81-1363523 did business as Pops Italian Beef and Sausage (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 15* | Med-MC, LLC (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | IRA - Mercer Financial Advisors | 3,000.00 | 0.00 | | 0.00 | FA |
| 17 | Pension - Through former employer United Air Lines, value unknown, cant access | Unknown | 0.00 | | 0.00 | FA |
| 18 | Security Deposit Electric Possibly through ComEd | Unknown | 0.00 | | 0.00 | FA |
| 19* | Trusts, equitable or future interests in property (See Footnote) | 38,000.00 | 34,000.00 | | 25,066.39 | FA |
| 20* | 2017 taxes unfiled as of petition date (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 21* | Insurance in insurance policies (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-2

**Case No.:** 18-27044  
**Case Name:** MCGEE, JILL  
**For Period Ending:** 03/31/2021

**Trustee Name:** (330470) Richard J. Mason  
**Date Filed (f) or Converted (c):** 09/26/2018 (f)  
**§ 341(a) Meeting Date:** 10/23/2018  
**Claims Bar Date:** 06/21/2021

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **21** Assets Totals (Excluding unknown values) | $476,168.36 | $45,968.36 | | $25,066.39 | $0.00 |

RE PROP# 14    157 W. North Ave., Chicago, IL; negative equity, all bank accounts closed, no receivables, potential counterclaim (presently not-filed) related to wrongful eviction proceedings; its restaurant equipment (POS, chairs/tables, coolers, utensils, etc.) potentially fully-encumbered by Chase loan (see Sch. D); Chase may not be interested in recovery, but landlord not granting access; leased equipment (two gyro stations) from Kronos, which, to best of debtor's knowledge, remains in the store

RE PROP# 15    90% ownership  
originally intended to be a partnership operating restaurant, dissolved when Epiphany opened, no assets, no bank accounts, never did anything

RE PROP# 19    Debtor has two sisters and a brother; they are the four beneficiaries of the Rosemary A. McGee Living Trust; debtor's share of the trust is an IRA (inherited) in approximate amount of $38,000; debtor borrowed $220k from the Trust in appx. November 2016

RE PROP# 20    accountant working on returns, no refund anticipated (likely net-net zero)

RE PROP# 21    Debtor does not have life insurance, health insurance, or car insurance at petition date; can't afford it.

**Major Activities Affecting Case Closing:**

3/31/2021 Trustee has settled inheritance of IRA and related matter for $25,000; settlement is being documented

**Initial Projected Date Of Final Report (TFR):** 09/01/2021      **Current Projected Date Of Final Report (TFR):** 09/01/2021

04/30/2021      /s/Richard J. Mason  
Date      Richard J. Mason

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 18-27044 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | MCGEE, JILL | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***1346 | Account #: | ******2430 Checking |
| For Period Ending: | 03/31/2021 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/20/20 | {19} | Jill McGee | payment for IRA | 1129-000 | 25,066.39 | | 25,066.39 |
| 10/30/20 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 13.35 | 25,053.04 |
| 11/30/20 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 38.70 | 25,014.34 |
| 12/31/20 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 43.98 | 24,970.36 |
| 01/29/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 38.68 | 24,931.68 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 37.29 | 24,894.39 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 43.88 | 24,850.51 |

|  | Account | | | | |
|---|---|---|---|---|---|
|  | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 6 | Adjustments Out | 215.88 |
|  | Subtotal | 0.00 | 0 | Transfers Out | 0.00 |
| 1 | Adjustments In | 25,066.39 | | Total | 215.88 |
| 0 | Transfers In | 0.00 | | | |
|  | Total | 25,066.39 | | | |

Page Subtotals: $25,066.39  $215.88

{ } Asset Reference(s)   ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| **Case No.:** | 18-27044 |
| **Case Name:** | MCGEE, JILL |
| **Taxpayer ID #:** | \*\*-\*\*\*1346 |
| **For Period Ending:** | 03/31/2021 |

| | |
|---|---|
| **Trustee Name:** | Richard J. Mason (330470) |
| **Bank Name:** | People's United Bank |
| **Account #:** | \*\*\*\*\*\*2430 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $25,066.39 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $25,066.39 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---:|---:|---:|
| \*\*\*\*\*\*2430 Checking | $25,066.39 | $215.88 | $24,850.51 |
| | $25,066.39 | $215.88 | $24,850.51 |

| | |
|---|---|
| **04/30/2021** | **/s/Richard J. Mason** |
| **Date** | **Richard J. Mason** |