**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: MCGEE, JILL § Case No. 18-27044
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Richard J. Mason, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $438,168.36 | Assets Exempt: | $26,200.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $9,125.50 | Claims Discharged Without Payment: | $421,702.64 |
| Total Expenses of Administration: | $15,940.89 | | |

    3) Total gross receipts of $25,066.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,066.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $823,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $15,940.89 | $15,940.89 | $15,940.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $100,580.30 | $55,525.09 | $55,525.09 | $9,125.50 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $272,938.13 | $148,764.51 | $148,764.51 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,196,518.43 | $220,230.49 | $220,230.49 | $25,066.39 |

4) This case was originally filed under chapter 7 on 09/26/2018. The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2023    By: /s/ Richard J. Mason
                         Trustee , Bar No.:

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trusts, equitable or future interests in property | 1129-000 | $25,066.39 |
| **TOTAL GROSS RECEIPTS** | | **$25,066.39** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Alliant Credit Union | 4110-000 | $225,000.00 | NA | NA | NA |
| N/F | Chase | 4110-000 | $598,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$823,000.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard J. Mason | 2100-000 | NA | $3,256.64 | $3,256.64 | $3,256.64 |
| Attorney for Trustee Fees - MASON, POLLICK & SCHMAHL LLC | 3110-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| Bond Payments - BOND | 2300-000 | NA | $22.43 | $22.43 | $22.43 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $475.22 | $475.22 | $475.22 |
| Bank Service Fees - People's United Bank | 2600-000 | NA | $457.71 | $457.71 | $457.71 |
| Accountant for Trustee Fees (Other Firm) - Cheryl G. Wesler | 3410-000 | NA | $1,542.50 | $1,542.50 | $1,542.50 |
| Accountant for Trustee Expenses (Other Firm) - Cheryl G. Wesler | 3420-000 | NA | $186.39 | $186.39 | $186.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$15,940.89** | **$15,940.89** | **$15,940.89** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | INTERNAL REVENUE SERVICE | 5800-000 | NA | $46,784.81 | $46,784.81 | $7,689.04 |
| 8P | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | $8,740.28 | $8,740.28 | $1,436.46 |
| N/F | Anthony Mims | 5600-000 | $318.70 | NA | NA | NA |
| N/F | Catalina McLaughlin | 5600-000 | $99.00 | NA | NA | NA |
| N/F | Destiny Hite | 5600-000 | $195.50 | NA | NA | NA |
| N/F | Dwayne Whitmore | 5600-000 | $500.00 | NA | NA | NA |
| N/F | Gabriel Maldonado | 5600-000 | $600.00 | NA | NA | NA |
| N/F | Illinois Department of Revenue | 5600-000 | $37,000.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $57,792.74 | NA | NA | NA |
| N/F | Karla Alverez | 5600-000 | $373.23 | NA | NA | NA |
| N/F | Katherine Buchner | 5600-000 | $448.46 | NA | NA | NA |
| N/F | Kaylee Weithers | 5600-000 | $103.73 | NA | NA | NA |
| N/F | Laverne Armstrong | 5600-000 | $336.48 | NA | NA | NA |
| N/F | Melon ie Reeves | 5600-000 | $252.28 | NA | NA | NA |
| N/F | Nikita Johnson | 5600-000 | $337.20 | NA | NA | NA |
| N/F | Onique Walker | 5600-000 | $461.53 | NA | NA | NA |
| N/F | Rachel Shook | 5600-000 | $173.60 | NA | NA | NA |
| N/F | Ramiro Bernal | 5600-000 | $358.44 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Sandra Medler | 5600-000 | $500.00 | NA | NA | NA |
| N/F | Sergio Bernal | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Taynasia Walker | 5600-000 | $289.41 | NA | NA | NA |
| N/F | Ulysses Kirby | 5600-000 | $440.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$100,580.30** | **$55,525.09** | **$55,525.09** | **$9,125.50** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIRST NATIONAL BANK OMAHA | 7100-000 | NA | $8,663.10 | $8,663.10 | $0.00 |
| 2U | INTERNAL REVENUE SERVICE | 7300-000 | NA | $1,674.98 | $1,674.98 | $0.00 |
| 3 | WILKENS FOODSERVICE | 7100-000 | NA | $14,064.88 | $14,064.88 | $0.00 |
| 4 | I F & P HOLDINGS - GET FRESH PRODUCE | 7100-000 | NA | $710.90 | $710.90 | $0.00 |
| 5 | SANDRA MEDLER | 7100-000 | NA | $6,949.00 | $6,949.00 | $0.00 |
| 6 | ITRIA VENTURES LLC | 7100-000 | NA | $89,902.87 | $89,902.87 | $0.00 |
| 7 | ALLIANT CREDIT UNION | 7100-000 | NA | $25,849.78 | $25,849.78 | $0.00 |
| 8U | ILLINOIS DEPARTMENT OF REVENUE | 7300-000 | NA | $949.00 | $949.00 | $0.00 |
| N/F | 157 W. North Avenue, LLC | 7100-000 | $40,000.00 | NA | NA | NA |
| N/F | Alliant Credit Union | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | Alpha Bakery | 7100-000 | $1,272.00 | NA | NA | NA |
| N/F | Badger Murphy | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Blackwood Group | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Burke, Warren, MacKay & Serritella | 7100-000 | $967.00 | NA | NA | NA |
| N/F | CCO of New York | 7100-000 | $3,997.44 | NA | NA | NA |
| N/F | CCS Payment Processing Center | 7100-000 | $85.84 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Chase | 7100-000 | $13,000.00 | NA | NA | NA |
| N/F | Christopher Glass | 7100-000 | $750.00 | NA | NA | NA |
| N/F | City of Chicago Business Affairs | 7100-000 | $750.00 | NA | NA | NA |
| N/F | City of Chicago EMS | 7100-000 | $1,084.00 | NA | NA | NA |
| N/F | ComEd | 7100-000 | $1,350.00 | NA | NA | NA |
| N/F | Diagnostic Imaging Specialists | 7100-000 | $42.50 | NA | NA | NA |
| N/F | Ecolab | 7100-000 | $1,076.10 | NA | NA | NA |
| N/F | Empire Ice | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Frank Radochonski | 7100-000 | $20,000.00 | NA | NA | NA |
| N/F | Get Fresh | 7100-000 | $1,400.00 | NA | NA | NA |
| N/F | Google Ad Words | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hazelden Betty Ford Foundation | 7100-000 | $196.35 | NA | NA | NA |
| N/F | Heartland Payment Systems | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Itrea Ventures | 7100-000 | $87,000.00 | NA | NA | NA |
| N/F | Kane & Kane, Ltd. | 7100-000 | $800.00 | NA | NA | NA |
| N/F | Key Magazine | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mahoney Grease | 7100-000 | $167.00 | NA | NA | NA |
| N/F | Marilyn Susman | 7100-000 | $980.00 | NA | NA | NA |
| N/F | Michele Bakery | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Motion Agency | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Nordstrom | 7100-000 | $360.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Northwestern Medicine | 7100-000 | $16,119.42 | NA | NA | NA |
| N/F | Peoples Energy | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Presence Medical Group | 7100-000 | $103.80 | NA | NA | NA |
| N/F | Ramar | 7100-000 | $12,000.00 | NA | NA | NA |
| N/F | Republic Services #710 | 7100-000 | $724.09 | NA | NA | NA |
| N/F | Resource POS | 7100-000 | $700.00 | NA | NA | NA |
| N/F | Restaurant Solutions, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SYNCB/Amazon | 7100-000 | $24.48 | NA | NA | NA |
| N/F | Sign Outlet | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | Society Insurance | 7100-000 | $800.00 | NA | NA | NA |
| N/F | The Watchlight Corporation | 7100-000 | $119.40 | NA | NA | NA |
| N/F | Universal Health Institute | 7100-000 | $121.47 | NA | NA | NA |
| N/F | Wilkins | 7100-000 | $14,000.00 | NA | NA | NA |
| N/F | Wintrust | 7100-000 | $7,500.00 | NA | NA | NA |
| N/F | Woodward & Associates | 7100-000 | $447.24 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$272,938.13** | **$148,764.51** | **$148,764.51** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 18-27044
Case Name: MCGEE, JILL
For Period Ending: 02/08/2023

Trustee Name: (330470) Richard J. Mason
Date Filed (f) or Converted (c): 09/26/2018 (f)
§ 341(a) Meeting Date: 10/23/2018
Claims Bar Date: 06/21/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 1660 N LaSalle Dr, #2702, Chicago, IL 60614 (See Footnote) | 419,000.00 | 0.00 | OA | 0.00 | FA |
| 2* | 2012 Audi A5 (See Footnote) | 12,500.00 | 10,100.00 | OA | 0.00 | FA |
| 3 | Household furniture purchased in 2005 one bedroom set, living roomdining room set, kitchenware | 500.00 | 500.00 | | 0.00 | FA |
| 4 | Laptop, desktop computer, blu-ray player | 500.00 | 500.00 | | 0.00 | FA |
| 5 | CDs, lithograph | 500.00 | 500.00 | | 0.00 | FA |
| 6 | Electric piano, acoustic guitar | 200.00 | 200.00 | | 0.00 | FA |
| 7 | Rollerblades | 5.00 | 5.00 | | 0.00 | FA |
| 8 | Necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 9 | David Yurman wedding ring, 15-year old watch | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | Cash | 150.00 | 150.00 | | 0.00 | FA |
| 11 | Checking Alliant Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Savings Alliant Credit Union | 5.00 | 5.00 | | 0.00 | FA |
| 13 | Checking Wintrust | 8.36 | 8.36 | | 0.00 | FA |
| 14* | Epiphany Strategy Group LLC, EIN 81-1363523 did business as Pops Italian Beef and Sausage (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 15* | Med-MC, LLC  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | IRA - Mercer Financial Advisors | 3,000.00 | 0.00 | | 0.00 | FA |
| 17 | Pension - Through former employer United Air Lines, value unknown, cant access | Unknown | 0.00 | | 0.00 | FA |
| 18 | Security Deposit Electric Possibly through ComEd | Unknown | 0.00 | | 0.00 | FA |
| 19* | Trusts, equitable or future interests in property (See Footnote) | 38,000.00 | 34,000.00 | | 25,066.39 | FA |
| 20* | 2017 taxes unfiled as of petition date (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 21* | Insurance in insurance policies (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | **Assets Totals (Excluding unknown values)** | **$476,168.36** | **$45,968.36** | | **$25,066.39** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 18-27044  
**Case Name:** MCGEE, JILL  
**For Period Ending:** 02/08/2023  

**Trustee Name:** (330470) Richard J. Mason  
**Date Filed (f) or Converted (c):** 09/26/2018 (f)  
**§ 341(a) Meeting Date:** 10/23/2018  
**Claims Bar Date:** 06/21/2021  

| | |
|---|---|
| RE PROP# 1 | 5/20/21 Order (DE 45) entered abandoning trustee's interest in this asset. |
| RE PROP# 2 | 5/20/21 Order (DE 45) entered abandoning trustee's interest in this asset. |
| RE PROP# 14 | 157 W. North Ave., Chicago, IL; negative equity, all bank accounts closed, no receivables, potential counterclaim (presently not-filed) related to wrongful eviction proceedings; its restaurant equipment (POS, chairs/tables, coolers, utensils, etc.) potentially fully-encumbered by Chase loan (see Sch. D); Chase may not be interested in recovery, but landlord not granting access; leased equipment (two gyro stations) from Kronos, which, to best of debtor's knowledge, remains in the store |
| RE PROP# 15 | 90% ownership originally intended to be a partnership operating restaurant, dissolved when Epiphany opened, no assets, no bank accounts, never did anything |
| RE PROP# 19 | Debtor has two sisters and a brother; they are the four beneficiaries of the Rosemary A. McGee Living Trust; debtor's share of the trust is an IRA (inherited) in approximate amount of $38,000; debtor borrowed $220k from the Trust in appx. November 2016 |
| RE PROP# 20 | accountant working on returns, no refund anticipated (likely net-net zero) |
| RE PROP# 21 | Debtor does not have life insurance, health insurance, or car insurance at petition date; can't afford it. |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 09/01/2021    **Current Projected Date Of Final Report (TFR):** 08/01/2022

02/08/2023  
Date

/s/Richard J. Mason  
Richard J. Mason

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 18-27044 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | MCGEE, JILL | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***1346 | Account #: | ******2430 Checking |
| For Period Ending: | 02/08/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/20/20 | {19} | Jill McGee | payment for IRA | 1129-000 | 25,066.39 | | 25,066.39 |
| 10/30/20 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 13.35 | 25,053.04 |
| 11/30/20 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 38.70 | 25,014.34 |
| 12/31/20 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 43.98 | 24,970.36 |
| 01/29/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 38.68 | 24,931.68 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 37.29 | 24,894.39 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 43.88 | 24,850.51 |
| 04/14/21 | 101 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 12.17 | 24,838.34 |
| 04/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 39.82 | 24,798.52 |
| 05/28/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 37.09 | 24,761.43 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 43.65 | 24,717.78 |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 39.61 | 24,678.17 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 42.18 | 24,635.99 |
| 09/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 39.48 | 24,596.51 |
| 10/13/21 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXXX9413 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX9413 | 9999-000 | | 24,596.51 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 25,066.39 | 25,066.39 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 24,596.51 | |
| Subtotal | 25,066.39 | 469.88 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $25,066.39 | $469.88 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10/1/2010)     ! - transaction has not been cleared

| | | |
|---|---|---|
| Form 2 | | Exhibit 9 |
| Cash Receipts And Disbursements Record | | Page: 2 |

| | | | | |
|---|---|---|---|---|
| Case No.: | 18-27044 | Trustee Name: | Richard J. Mason (330470) | |
| Case Name: | MCGEE, JILL | Bank Name: | Metropolitan Commercial Bank | |
| Taxpayer ID #: | **-***1346 | Account #: | ******9413 Checking Account | |
| For Period Ending: | 02/08/2023 | Blanket Bond (per case limit): | $5,000,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/13/21 | | Transfer Credit from People's United Bank acct XXXXXX2430 | Transition Credit from People's United Bank acct XXXXXX2430 | 9999-000 | 24,596.51 | | 24,596.51 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 38.10 | 24,558.41 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 41.98 | 24,516.43 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 40.60 | 24,475.83 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 37.92 | 24,437.91 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 36.55 | 24,401.36 |
| 03/30/22 | 1000 | INTERNATIONAL SURETIES, LTD. | Bond premiums | 2300-000 | | 10.26 | 24,391.10 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.02 | 24,348.08 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 37.73 | 24,310.35 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 37.66 | 24,272.69 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 42.79 | 24,229.90 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 37.53 | 24,192.37 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 42.64 | 24,149.73 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 38.70 | 24,111.03 |
| 12/07/22 | 1001 | Mason Pollick & Schmahl LLC | Attorney's fees | 3110-000 | | 10,000.00 | 14,111.03 |
| 12/07/22 | 1002 | Wesler & Associates | Accounting fees Voided on 12/19/2022 | 3410-000 | | 1,300.00 | 12,811.03 |
| 12/07/22 | 1003 | Wesler & Associates | Accountant expenses Voided on 12/19/2022 | 3420-000 | | 189.96 | 12,621.07 |
| 12/19/22 | 1002 | Wesler & Associates | Accounting fees Voided: check issued on 12/07/2022 | 3410-000 | | -1,300.00 | 13,921.07 |
| 12/19/22 | 1003 | Wesler & Associates | Accountant expenses Voided: check issued on 12/07/2022 | 3420-000 | | -189.96 | 14,111.03 |
| 12/19/22 | 1004 | Cheryl G. Wesler | Combined dividend payments for Claim #ADM- ACCT, ADM-ACCT | | | 1,728.89 | 12,382.14 |
| | | Cheryl G. Wesler | Claims Distribution - Mon, 12-19-2022                 $1,542.50 | 3410-000 | | | |
| | | Cheryl G. Wesler | Claims Distribution - Mon, 12-19-2022                   $186.39 | 3420-000 | | | |
| 12/19/22 | 1005 | Richard J. Mason | Distribution payment - Dividend paid at 100.00% of $3,256.64; Claim # FEE; Filed: $3,256.64 | 2100-000 | | 3,256.64 | 9,125.50 |
| 12/19/22 | 1006 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 16.43% of $46,784.81; Claim # 2P; Filed: $46,784.81 | 5800-000 | | 7,689.04 | 1,436.46 |

Page Subtotals:         $24,596.51         $23,160.05

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)         ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 18-27044 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | MCGEE, JILL | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1346 | Account #: | ******9413 Checking Account |
| For Period Ending: | 02/08/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/19/22 | 1007 | ILLINOIS DEPARTMENT OF REVENUE | Distribution payment - Dividend paid at 16.43% of $8,740.28; Claim # 8P; Filed: $8,740.28 | 5800-000 | | 1,436.46 | 0.00 |
| | | COLUMN TOTALS | | | 24,596.51 | 24,596.51 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 24,596.51 | 0.00 | |
| | | Subtotal | | | 0.00 | 24,596.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $24,596.51 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-27044 | **Trustee Name:** | Richard J. Mason (330470) |
| **Case Name:** | MCGEE, JILL | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1346 | **Account #:** | ******9413 Checking Account |
| **For Period Ending:** | 02/08/2023 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $25,066.39 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $25,066.39 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2430 Checking | $25,066.39 | $469.88 | $0.00 |
| ******9413 Checking Account | $0.00 | $24,596.51 | $0.00 |
| | **$25,066.39** | **$25,066.39** | **$0.00** |

| | |
|---|---|
| 02/08/2023 | /s/Richard J. Mason |
| Date | Richard J. Mason |

**UST Form 101-7-TDR (10 /1/2010)**